ENOC McGILL v. STATE.

No. A-3312.   Opinion Filed April 17, 1919.

Appeal from District Court, Logan County;

John P. Hickam, Judge.

Enoc McGill, convicted of keeping a place with felonious intent to sell intoxicating liquor, appeals.  Reversed.

B. F. Garrett, for plaintiff in error.

The Attorney General and W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Enoc McGill, was convicted in the district court of Logan county of keeping a place in the city of Guthrie with the felonious intent and purpose of selling intoxicating liquors, and his punishment fixed at confinement in the county jail for thirty days and a fine of $200.   To reverse the judgment rendered on the verdict, he appeals.

In the case of Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771, the statute upon which this prosecution is based was held unconstitutional, and void.   For the reasons stated in the opinion in that case, the judgment is reversed.

---

ROBERT P. PORTER v. STATE.

No. A-3409.   Opinion Filed April 17, 1919.

Appeal from District Court, Payne County;

John P. Hickam, Judge.

Robert P. Porter, convicted of a felony, appeals.   Reversed.

J. M. Springer, for plaintiff in error.

The Attorney General and W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Porter, was convicted in the district court of Payne county of keeping a place in the town of Cushing, with the felonious intent and purpose of selling intoxicating liquors.   To reverse the judgment rendered on the verdict, he appealed by filing in this court on June 29, 1918, a petition in error with case-made.

In the case of Proctor v. State, 15 Okla. Cr. 338. 176 Pac. 771, the statute upon which this prosecution is based was held unconstitutional and void.   For the reasons stated in the opinion in that case, the judgment is reversed.